# United States District Court

for

Southern District of Ohio

Report on Offender Under Supervision

Name of Offender: **Lynne M Hartlage**  Case Number: **1:02CR00016**

Name of Sentencing Judicial Officer:   **The Honorable S. Arthur Spiegel**
**United States Senior District Judge**

Date of Original Sentence: **August 15, 2002**

Original Offense: **Embezzle**

Original Sentence: **36 month(s) probation**

Type of Supervision: **Probation**   Date Supervision Commenced: **August 15, 2002**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | FAILURE TO PAY RESTITUTION; |
| | THE DEFENDANT WAS ORDERED TO PAY RESTITUTION IN THE AMOUNT OF $27,978.60, AND HER SUPERVISION IS SCHEDULED TO EXPIRE ON 8-14-05. SHE STILL HAS AN OUTSTANDING BALANCE OF $26,948.60. |

U.S. Probation Officer Action: **I AM RECOMMENDING THAT NO ACTION BE TAKEN, AND THAT THE CASE EXPIRE WITH RESTITUTION BALANCE OF $26,948.60. THE DEFENDANT HAS BEEN PAYING REGULAR MONTHLY PAYMENTS OF $25.00. I HAVE REVIEWED HER MONTHLY BUDGET AND SHE IS PAYING AS MUCH AS SHE CAN AT THIS TIME. THE VICTIM HAS BEEN NOTIFIED AND REFERRED TO THE FINANCIAL LITIGATION UNIT, TO DETERMINE WHAT FURTHER REMEDIES MAY BE**

PROB 12A
(12/98)

2

**AVAILABLE TO THEM.**

Respectfully submitted,

by

Lorraine Cooper
U. S. Probation Officer
Date:    **April 12, 2005**

Approved,

by

John C. Cole
Supervising U. S. Probation Officer
Date: 4/19/05

[✓] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

Signature of Judicial Officer

4/21/05
Date